UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, )
)
)
v. ) Criminal No. 07-0155 (PLF)
)
KEVIN HONESTY, )
)
Defendant. )
)

MEMORANDUM OPINION AND ORDER

Pending before the Court are defendant Kevin Honesty's pro se Motion for

Compassionate Release ("Pro Se Mot.") [Dkt. No. 57], counselled Motion for Compassionate

Release ("Def. Mot.") [Dkt. No. 74], and counselled Supplemental Brief in Support of Defendant

Kevin Honesty's Counselled Motion for Compassionate Release ("Def. Supp.") [Dkt. No. 82].

Mr. Honesty's primary contention is that several of his medical conditions – including colon

polyps, sciatica, hyperlipidemia, benign prostatic hyperplasia, and an unspecified chronic pain

condition – as well as demographic characteristics like age, BMI, race, and living conditions,

predispose him to an increased risk of suffering severe medical complications should he contract

COVID-19. See Def. Mot. at 12. In combination, he asserts, these conditions constitute

"extraordinary and compelling" reasons for reducing his sentence. Id. at 12-13.

In his pro se Motion, Mr. Honesty asserts – without elaborating or providing clear

evidence from his medical records – that his medical conditions, particularly sciatica, have

substantially diminished his ability to provide adequate self-care within a prison environment.

See Pro Se Mot. at 2. His counselled Motion, however, does not address his ability to provide

self-care. Further, Mr. Honesty asserts that he has been unable to receive adequate medical

treatment for sciatica, or other conditions, while incarcerated. See generally Pro Se Mot.; see also Def. Supp. at 2.

Briefing on this motion was completed on September 12, 2023, and Mr. Honesty's counsel filed a Supplement on October 11, 2024. See Def. Supp. Updated information is now required by the Court regarding Mr. Honesty's sciatica and chronic pain conditions, his other medical conditions, and his inability to provide self-care or complete Activities of Daily Living. Accordingly, it is hereby

ORDERED that on or before August 25, 2025, the government shall file with the Court and serve on defense counsel complete Bureau of Prisons ("BOP") medical records including the status of Mr. Honesty's medical diagnoses, especially as they relate to sciatica and his chronic pain condition. The filing shall also include Mr. Honesty's treatment plan, specific therapies or medications he is taking or has been administered, the results of any such medical intervention, and any documentation regarding a need for surgical intervention. These materials may be filed under seal; it is

FURTHER ORDERED that the BOP records shall include a declaration or declarations, also filed under seal, from BOP officials with personal knowledge of Mr. Honesty's medical conditions, including his sciatica and chronic pain conditions and the treatment plan; it is

FURTHER ORDERED that the government shall also file the BOP's current sentence monitoring computation data regarding Mr. Honesty, including his anticipated release date; and it is

2

FURTHER ORDERED that Mr. Honesty's counsel shall respond to the government's supplemental filing on or before September 8, 2025.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 8|5|25